Colin T. Greene, Esq., (SBN 167380)
RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, California 91101
Telephone: (626) 683-8869
Facsimile: (626) 683-8870
Email: cgreene@rrjlaw.com

Attorneys for Defendants,
**GABINO'S JUMP INC., and JUAN CARLOS ALCANTARA erroneously sued as ALCANTARO**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SANRIO, INC. AND DISNEY ENTERPRISES, INC.,

Plaintiffs,

vs.

GABINO'S JUMP INC., JUAN CARLOS ALCANTARO AND DOES 1-10, INCLUSIVE,

Defendants.

CASE NO. CV0-8-6323 JSL (MANx)

Honorable J. Spencer Letts

**[PROPOSED] ANSWER TO COMPLAINT**

**JURY TRIAL DEMANDED**

**ANSWER**

Defendants GABINO'S JUMP, INC. and JUAN CARLOS ALCANTARA, erroneously sued as ALCANTARO (hereinafter "DEFENDANTS"), answer the Complaint of SANRIO, INC. and DISNEY ENTERPRISES, INC., (collectively "PLAINTIFFS") as follows:

**JURISDICTION AND VENUE**

1. Defendants admit that this action arises under 15 U.S.C. §1051 *et seq.*, but denies any wrongdoing or liability. Defendants admit that this Court has subject jurisdiction under 28 U.S.C. §§1331 and 1338(a).

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

2. Defendants does not contest that venue is proper in this Court. To the extent not expressly admitted herein, Defendants deny the remaining allegations of Paragraph 2.

**Introduction:**

3. Defendants admit the complaint purports to be an action by Plaintiffs against Defendants, Defendants admit that Defendants operate a retail and wholesale party supply business in the city of El Monte, California, in the Central District, but deny that Defendants engage in the manufacture, promotion, distribution, rental and sale of counterfeit and piratical merchandise, including, but not limited to balloons, banners, party supplies and inflatable "bounces", "moonwalks", and "bounce houses", which incorporate unauthorized likenesses of world famous animated characters owned by Plaintiffs. Defendants further deny each and every other allegation of 3 to the extent it relates to or is directed at Defendants.

**Plaintiff Sanrio:**

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the complaint, and on that basis, deny the same.

5. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the complaint, and on that basis, deny the same.

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the complaint, and on that basis, deny the same.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the complaint, and on that basis, deny the same.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the complaint, and on that basis, deny the same.

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the complaint, and on that basis, deny the same.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the complaint, and on that basis, deny the same.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the complaint, and on that basis, deny the same.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the complaint, and on that basis, deny the same.

**Plaintiff Disney:**

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the complaint, and on that basis, deny the same.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the complaint, and on that basis, deny the same.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the complaint, and on that basis, deny the same.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the complaint, and on that basis, deny the same.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the complaint, and on that basis, deny the same.

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the complaint, and on that basis, deny the same.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the complaint, and on that basis, deny the same.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the complaint, and on that basis, deny the same.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the complaint, and on that basis, deny the same.

**Defendants:**

22. Defendants admit that Gabino's Jump, Inc. ("Gabino's Jump") is a California corporation with its principal place of business in the city of El Monte, California. Defendants deny each and every other allegation of 22 to the extent it relates to or is directed at Defendants.

23. (Not numbered) Defendants admit that Juan Carlos Alcantara, erroneously sued as "Alcantaro," is an individual and a resident of the County of Los Angeles, and State of California. Defendants deny each and every other allegation of 23 (not numbered in Complaint) to the extent it relates to or is directed at Defendants.

24. (Incorrectly numbered 37). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the complaint, and on that basis, deny the same.

**Defendants' Infringing Activities:**

25. (Incorrectly numbered 38). Defendants deny that any of their inflatable products infringe any valid claim of any of Plaintiffs' trademarks, or any other valid,

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

enforceable trademarks, if any, purportedly owned by Plaintiffs. Defendants deny each and every other allegation of 25 (erroneously numbered 38) to the extent it relates to or is directed at Defendants.

26. (Incorrectly numbered 39). Defendants deny each and every allegation of 26 (erroneously numbered 39) to the extent it relates to or is directed at Defendants.

**FIRST CLAIM FOR RELIEF**

**(For Trademark Infringement):**

**Answer**

27. (Incorrectly numbered 40). Defendants hereby repeat and incorporate by reference Defendants' replies to Complaint through 27 (erroneously numbered 40) to the extent it relates to or is directed at Defendants.

**Answer**

28. (Incorrectly numbered 41). Defendants deny each and every allegation of 28 (erroneously numbered 41) to the extent it relates to or is directed at Defendants.

**Answer**

29. (Incorrectly numbered 42). Defendants deny each and every allegation of 29 (erroneously numbered 42) to the extent it relates to or is directed at Defendants.

**Answer**

30. (Incorrectly numbered 43). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 (erroneously numbered 43) of the complaint, and on that basis, deny the same.

**Answer**

31. (Incorrectly numbered 44). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 (erroneously numbered 44) of the complaint, and on that basis, deny the same.

**Answer**

32. (Incorrectly numbered 45). Defendants are without knowledge or

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

information sufficient to form a belief as to the truth of the allegations in Paragraph 32 (erroneously numbered 45) of the complaint, and on that basis, deny the same.

## SECOND CLAIM FOR RELIEF

**(For Copyright Infringement)**

**Answer**

33. (Incorrectly numbered 46). Defendants hereby repeat and incorporate by reference Defendants' replies to Complaint through 32 (erroneously numbered 46) to the extent it relates to or is directed at Defendants.

**Answer**

34. (Incorrectly numbered 47). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 (erroneously numbered 47) of the complaint, and on that basis, deny the same.

**Answer**

35. (Incorrectly numbered 48). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 (erroneously numbered 48) of the complaint, and on that basis, deny the same.

**Answer**

36. (Incorrectly numbered 49). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 (erroneously numbered 49) of the complaint, and on that basis, deny the same.

**Answer**

37. (Incorrectly numbered 50). Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 (erroneously numbered 50) of the complaint, and on that basis, deny the same.

## THIRD CLAIM FOR RELIEF

**(For Unfair Competition)**

**Answer**

38. (Incorrectly numbered 51) Defendants hereby repeat and incorporate by

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

reference Defendants' replies to Complaint through 37 (erroneously numbered 50) to the extent it relates to or is directed at Defendants.

**Answer**

39. (Incorrectly numbered 52) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 (erroneously numbered 52) of the complaint, and on that basis, deny the same.

**Answer**

40. (Incorrectly numbered 53) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 (erroneously numbered 53) of the complaint, and on that basis, deny the same.

**Answer**

41. (Incorrectly numbered 54) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 (erroneously numbered 54) of the complaint, and on that basis, deny the same.

**Answer**

42. (Incorrectly numbered 55) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 (erroneously numbered 55) of the complaint, and on that basis, deny the same.

**Answer**

43. (Incorrectly numbered 56) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 (erroneously numbered 56) of the complaint, and on that basis, deny the same.

**Answer**

44. (Incorrectly numbered 57) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 (erroneously numbered 56) of the complaint, and on that basis, deny the same.

**Answer**

45. (Incorrectly numbered 58) Defendants are without knowledge or

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

information sufficient to form a belief as to the truth of the allegations in Paragraph 44 (erroneously numbered 56) of the complaint, and on that basis, deny the same.

**Answer**

46. (Incorrectly numbered 59) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 (erroneously numbered 59) of the complaint, and on that basis, deny the same.

**Answer**

47. (Incorrectly numbered 60) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 (erroneously numbered 60) of the complaint, and on that basis, deny the same.

**Answer**

48. (Incorrectly numbered 61) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 (erroneously numbered 61) of the complaint, and on that basis, deny the same.

**FOURTH CLAIM FOR RELIEF**

**(For Trademark Dilution)**

**Answer**

49. (Incorrectly numbered 62) Defendants hereby repeat and incorporate by reference Defendants' replies to Complaint through 48 (erroneously numbered 61) to the extent it relates to or is directed at Defendants.

**Answer**

50. (Incorrectly numbered 63) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 (erroneously numbered 61) of the complaint, and on that basis, deny the same.

**Answer**

51. (Incorrectly numbered 64) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 (erroneously numbered 64) of the complaint, and on that basis, deny the same.

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

**Answer**

52. (Incorrectly numbered 65) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 (erroneously numbered 65) of the complaint, and on that basis, deny the same.

**Answer**

53. (Incorrectly numbered 66) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 (erroneously numbered 66) of the complaint, and on that basis, deny the same.

**Answer**

54. (Incorrectly numbered 67) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 (erroneously numbered 67) of the complaint, and on that basis, deny the same.

**Answer**

55. (Incorrectly numbered 68) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 (erroneously numbered 68) of the complaint, and on that basis, deny the same.

**Answer**

56. (Incorrectly numbered 69) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 (erroneously numbered 69) of the complaint, and on that basis, deny the same.

**Answer**

57. (Incorrectly numbered 70) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 (erroneously numbered 70) of the complaint, and on that basis, deny the same.

## FIFTH CLAIM FOR RELIEF

## (For State Law Unfair Competition)

**Answer**

58. (Incorrectly numbered 71) Defendants hereby repeat and incorporate by

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

reference Defendants' replies to Complaint through 70 (erroneously numbered 71) to the extent it relates to or is directed at Defendants.

**Answer**

59. (Incorrectly numbered 72) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 (erroneously numbered 72) of the complaint, and on that basis, deny the same.

**Answer**

60. (Incorrectly numbered 73) Defendants deny that they are in the wholesale business. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 (erroneously numbered 73) of the complaint, and on that basis, deny the same.

**Answer**

61. (Incorrectly numbered 74) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 (erroneously numbered 74) of the complaint, and on that basis, deny the same.

**Answer**

62. (Incorrectly numbered 75) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 (erroneously numbered 75) of the complaint, and on that basis, deny the same.

**Answer**

63. (Incorrectly numbered 76) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 (erroneously numbered 76) of the complaint, and on that basis, deny the same.

**Answer**

64. (Incorrectly numbered 77) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 (erroneously numbered 77) of the complaint, and on that basis, deny the same.

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

**Answer**

65. (Incorrectly numbered 78) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 (erroneously numbered 78) of the complaint, and on that basis, deny the same.

**Answer**

66. (Incorrectly numbered 79) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 (erroneously numbered 79) of the complaint, and on that basis, deny the same.

**SIXTH CLAIM FOR RELIEF**

**(For State Law Unfair Competition)**

**Answer**

67. (Incorrectly numbered 80) Defendants hereby repeat and incorporate by reference Defendants' replies to Complaint through 66 (erroneously numbered 79) to the extent it relates to or is directed at Defendants.

**Answer**

68. (Incorrectly numbered 81) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 (erroneously numbered 81) of the complaint, and on that basis, deny the same.

**Answer**

69. (Incorrectly numbered 82) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 (erroneously numbered 82) of the complaint, and on that basis, deny the same.

**Answer**

70. (Incorrectly numbered 83) Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 (erroneously numbered 83) of the complaint, and on that basis, deny the same.

**Answer to Prayer for Relief:**

Defendants deny that Plaintiffs are entitled to relief whatsoever from Defendants or

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

this Court, either as requested in Plaintiffs' Complaint or otherwise. Defendants deny each and every allegation contained in Plaintiffs' Complaint to which Defendants have not specifically responded, if any.

**DEFENDANTS' AFFIRMATIVE DEFENSES**

Defendants allege and assert the following defenses in response to the allegations of the Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein:

1. This Court lacks jurisdiction over the subject matter of the claims alleged in the Complaint.
2. The Complaint fails to state a claim upon which relief may be granted.
3. The Complaint fails to join a party indispensable under Rule19 of the Federal Rules of Civil Procedure.
4. Defendants have not and do not directly, indirectly, contributorily, and/or by inducement, infringe any claim of any of the Trademarks or Copyrights.
5. Plaintiffs' claims for relief and prayer for damages are barred, in whole or in part, due to waiver.
6. Plaintiffs' claims for relief and prayer for damages are barred, in whole or in part, due to the doctrine of estoppel.
7. Plaintiffs' claims for relief and prayer for damages are barred, in whole or in part, due to laches.
8.
9. Plaintiffs' come to this Court with unclean hands, the facts and circumstances of which are set out below. Plaintiffs, therefore, comes into this Court with unclean hands and are barred from enforcement of the Trademarks or Copyrights.
10. Plaintiffs' claims for relief and prayer for relief are barred, in whole or in part, by the doctrine of trademark and/or copyright misuse.
11. Plaintiffs' claims for relief and prayer are relief are barred by Plaintiffs' consent to any use of the trademarks and/or copyrights.

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

12. Plaintiffs' claims for relief and prayer for relief are barred by their abandonment of the trademarks and/or copyrights complained of.

DATED: April 13, 2009

RUSSAKOW | RYAN | JOHNSON
A Professional Law Corporation

By: ______________________
COLIN T. GREENE, ESQ.
Attorneys for Defendants,
GABINO'S JUMP INC., and JUAN CARLOS ALCANTARA

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

RUSSAKOW | RYAN | JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

# VERIFICATION - FEDERAL

I, JUAN CARLOS ALCANTARA, have read the foregoing Answer to Complaint to and known its contents. I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed on April 3, 2009, at Pasadena, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Declarant, JUAN CARLOS ALCANTARA