Colin T. Greene, Esq., (SBN 167380)
RUSSAKOW │ RYAN │ JOHNSON
A Professional Law Corporation
225 S. Lake Avenue, 10th Floor
Pasadena, California 91101
Telephone:    (626) 683-8869
Facsimile:    (626) 683-8870
Email: cgreene@rrjlaw.com

Attorneys for Defendants,
**GABINO'S JUMP, INC., and JUAN CARLOS ALCANTARA,**
**erroneously sued ALCANTARO**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO, INC. AND DISNEY ENTERPRISES, INC., | CASE NO. CV08-6323 JSL (MANx) |
| Plaintiffs, | Honorable J. Spencer Letts |
| vs. | **REPLY TO OPPOSITION TO MOTION TO SET ASIDE DEFAULT** |
| GABINO'S JUMP, INC., JUAN CARLOS ALCANTARO AND DOES 1-10, INCLUSIVE, | DATE:  May 4, 2009<br>TIME:   1:00 p.m.<br>PLACE: Courtroom 4 |
| Defendants. | |

TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Plaintiffs argue that Defendants' Motion fails to have evidentiary support because Defendant Alcantara's supporting declaration contains hearsay, and further argues that Defendants' have not shown excusable neglect.

Defendants' Declaration does not contain hearsay, as the alleged communications between defendant Alcantara and his accountant aren't stated to prove the truth of the matter asserted, they are alleged to show defendants' state of mind, upon which defendants request that this Court find defendants' neglect excusable.  Moreover, defendants' assertion that they were relying on their

1
Reply to Opposition to Motion to Set Aside Default - CV08-6323 JSL (MANx)

RUSSAKOW │ RYAN │ JOHNSON
225 South Lake Avenue, 10th Floor
Pasadena, California 91101
(626) 683-8869

1  accountant to help resolve this lawsuit is confirmed by plaintiffs' own opposition, wherein they

2  acknowledge such communications with defendants' accountant, corroborating defendant

3  Alcantara's declaration.

5      Defendants' Motion succinctly asserts the reasons for defendants' delay in defending the

6  current action:  reliance on their accountant and a lack of familiarity with litigation.  Surely, that is

7  not inexcusable?  Defendants' Motion is timely filed prior to the entry of a judgment against them

8  in this action that is only a few months old.  Such a delay is not prejudicial to plaintiffs and to rule

9  otherwise would be to find defendant delay inexcusable, leaving them to face of default judgment

10 in the hundreds of thousands of dollars against Alcantara personally and against his small

12 business, without allowing defendants the opportunity to defend this action on the merits.

13     Defendants respectfully request that this Court set aside the defaul.

16 DATED:   April 27, 2009        RUSSAKOW │ RYAN │ JOHNSON
                                    A Professional Law Corporation

19                          By:   /ss/
                             COLIN T. GREENE, ESQ.
20                              Attorneys for Defendants,
                             GABINO'S JUMP, INC., and JUAN CARLOS
                             ALCANTARA