UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6323-JSL | Date | April 28, 2009 |
|---|---|---|---|
| Title | Sanrio Inc. -v- Gabino's Junp, etc | | |

| Present: The Honorable | J. SPENCER LETTS | | |
|---|---|---|---|
| Nancy J. Webb | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present :  Attorneys Present :

Not Present  Not Present

**Proceedings:**  **ORDER TAKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEFENDANT'S MOTION TO SET ASIDE DEFAULT OFF CALENDAR AND SETTING INFORMAL STATUS CONFERENCE WITH CLIENTS. (In chambers)**

ON THE COURT'S OWN MOTION, the Plaintiff's motion for Default Judgment and Defendant's Motion to set aside Default set for hearing on May 4, 2009 are taken off calendar.

Counsel are ORDERED to appear in person with clients on May 4, 2009 at 10:00 a.m. for an Informal Status Conference.

cc: counsel

: 00

Initials of Preparer  nw