UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6323-JSL | Date | May 4, 2009 |
|---|---|---|---|
| Title | Sanrio Inc.   -v-   Gabino's Jump, Inc., et al | | |

Present: The Honorable     J. SPENCER LETTS

| Nancy J. Webb | Not present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present : | Attorneys Present : |
|---|---|
| Nicole Drey , with client | Colin Green with client |

**Proceedings:**     **HEARING: INFORMAL STATUS CONFERENCE**     **(In Chambers)**

Court, counsel and plaintiff confer in chambers.  Settlement is discussed.
The parties are to have further discussions without the Court and contact the Court
regarding settlement within 2 weeks.

Cc: counsel

|  | 1 | : | 30 |
|---|---|---|---|
| Initials of Preparer | nw | | |